November 15, 2018

United States Court of Appeals
For The Ninth Circuit

No. 18-10386
D.C. No. 2:17-cr-00041-GMS
District Of Arizona, Phoenix

FILED    LODGED
RECEIVED    COPY
NOV 19 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Case: 18-10386, 11/21/2018, ID: 11096955, DktEntry: 5, Page 1 of 2

United States Of America
        Plaintiff - Appellee

V.

Ilene Marie Wahpeta,
        Defendant - Appellant.

In response to your order dated 10-10-2018,
I Ilene Marie Wahpeta was not advised
by my legal counsel my rights under the
6th Amendment to the Constitution of my
rights to file an appeal. I also did not
have the ability to meet with my legal
Counsel to review the discovery submitted
to the court for my case.

I respectfully ask the court to now grant
me the opportunity to file an appeal for
my case.              Ilene W
              11-15-2018 Ilene Marie Wahpeta

FEDERAL CORRECTIONAL INSTITUTION
Ilene Wahpeta #70523408
  B-UNIT
5701 8th STREET-CAMP PARKS
  DUBLIN, CA
    94568

OAKLAND CA 945



RECEIVED

NOV 1 9 2018

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

⇔70523-408⇔
Sandra Day Us Court House
401 W Washington ST
Phoenix, AZ 85003
United States

85003-211801

Case: 18-10386, 11/21/2018, ID: 11096955, DktEntry: 5, Page 2 of 2